UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY ASHEVILLE DIVISION

2:10cv16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| 15 Trimont Lake Road, Franklin, Macon County, North Carolina, Deed at Book G-16, page 125, Macon County Registry, being real property, together with the residence, and all appurtenances, improvements, and attachments thereon, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on Kris V. Williams' Notice of Limited Appearance. Such notice will be stricken as limited appearances are simply not allowed in federal civil actions, as Mr. Williams was advised during the hearing. Mr. Williams' general appearance will be noted, and Mr. Williams may at any time move to be relieved from further representation by filing a motion making an appropriate showing under Local Civil Rule 83.1(F).

1

## ORDER

**IT IS, THEREFORE, ORDERED** that Kris V. Williams' Notice of Limited Appearance is **STRICKEN,** and his general appearance is noted for Dorothy Jean Lequire.

Signed: June 14, 2010

Dennis L. Howell
United States Magistrate Judge